**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CITY OF FORT MYERS,
    Plaintiff,

v.                                     2:20-cv-288-JES-NPM

SEAN SIPE,
    Defendant.

---

## ORDER

Before the court is plaintiff City of Fort Myers's motion to compel completion of a fact information sheet (Doc. 39). On January 21, 2021, the court entered judgment for Plaintiff (Doc. 30) and amended it on December 6, 2021. (Doc. 38). Defendant Sean Sipe has failed to satisfy the judgment. Therefore, Plaintiff is a judgment creditor and seeks the enforcement of the relief to which it is entitled.

In pertinent part, Federal Rule of Civil Procedure 69(a)(1) states "[t]he procedure on execution … must accord with the procedure of the state where the court is located." And to facilitate the execution of judgments, Florida Rule of Civil Procedure 1.560(b) provides that "the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete the fact information sheet, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court." Thus, as of right, Plaintiff is entitled to receive a complete fact information sheet from Defendant.

Accordingly, Plaintiff's motion to compel (Doc. 39) is **GRANTED**, and Defendant is **DIRECTED** to complete the fact information sheet (Form 1.977(a)) and return it fully executed and under oath, with all required attachments, to Plaintiff's counsel by May 4, 2026. Failure to obey this order may be considered contempt of court. *See* Florida Rule of Civil Procedure 1.560(b).

**ORDERED** on March 20, 2026

_____

NICHOLAS P. MIZELL
United States Magistrate Judge

2